# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-1259

_____

United States of America

*Plaintiff - Appellee*

v.

Bradley Charles Widener

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Dubuque

_____

Submitted: May 29, 2018
Filed: June 1, 2018
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Bradley Charles Widener appeals the sentence the district court[1] imposed after revoking his supervised release. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

Counsel has filed a brief arguing that the revocation sentence is substantively unreasonable, and has moved to withdraw. Widener has filed a brief challenging both his sentence and a special condition of supervised release requiring him to temporarily reside at a residential reentry center (RRC) upon his release.

This court concludes that the revocation sentence is not substantively unreasonable, *see United States v. Merrival*, 521 F.3d 889, 890 (8th Cir. 2008) (abuse-of-discretion review); *see also United States v. Petreikis*, 551 F.3d 822, 824 (8th Cir. 2009) (applying presumption of substantive reasonableness to revocation sentence within Guidelines range), and that Widener's challenge to the RRC condition is without merit, *see United States v. Melton*, 666 F.3d 513, 517-18 (8th Cir. 2012) (requiring defendant to temporarily reside at RRC as condition of supervised release has been regularly upheld as reasonable condition).

The judgment is affirmed. Counsel's motion to withdraw is granted.

_____